# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LSP TECHNOLOGIES, INC.,** | Case No.: 2:08-cv-0038-EAS-TPK |
| Plaintiff, | JUDGE SARGUS |
| vs. | MAGISTRATE JUDGE KEMP |
| **CONTINUUM ELECTRO-OPTICS, INC. D/B/A CONTINUUM,** | |
| Defendant. | |
| **LSP TECHNOLOGIES, INC.,** | Case No.: 2:08-cv-0039-EAS-MRA (Consolidated) |
| Plaintiff, | JUDGE SARGUS |
| vs. | MAGISTRATE JUDGE ABEL |
| **CONTINUUM ELECTRO-OPTICS, INC. D/B/A CONTINUUM,** | |
| Defendant. | |

## NOTICE OF FILING JOINT CLAIM CONSTRUCTION CHARTS

Pursuant to this Court's January 22, 2009 Order Modifying the Case Schedule (Dkt. 28), the parties hereby file the attached joint claim construction charts as Exhibits A, B, and C.

DATED: April 3, 2009

| | |
|---|---|
| /s/ Benjamen E. Kern | /s/ Stephen E. Chappelear (with permission) |
| Benjamen E. Kern, Trial Attorney | Stephen E. Chappelear, Trial Attorney |
| Ohio Bar No. 0076218 | Ohio Bar No. 0012205 |
| Email: bkern@beneschlaw.com | Email: sechappelear@hahnlaw.com |
| | |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | HAHN LOESER + PARKS LLP |
| 41 South High Street, Suite 2600 | 65 East State Street, Suite 1400 |
| Columbus, Ohio 43215-6150 | Columbus, Ohio 43215 |
| Telephone: (614) 223-9300 | Telephone: (614) 233-5148 |
| Facsimile: (614) 223-9330 | Facsimile: (614) 233-5149 |

Steven M. Auvil
Ohio Bar No. 0063827
Email: sauvil@beneschlaw.com
Bryan A. Schwartz
Ohio Bar No. 0078527
Email: bschwartz@beneschlaw.com

BENESCH FRIEDLANDER COPLAN
& ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588

Attorneys for Plaintiff
LSP TECHNOLOGIES, INC.

Peter C. Schechter, Of Counsel
NYS Bar No. 1980952
Admitted *pro hac vice*
Email: pschechter@eapdlaw.com

EDWARDS ANGELL PALMER
& DODGE LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 912-2934
Facsimile: (866) 492-3146

Brian M. Gaff, Of Counsel
Mass. Bar No. 642297
Admitted *pro hac vice*
Email: bgaff@eapdlaw.com

EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Avenue
Boston, MA 01299-7613
Telephone: (617) 517-5597
Facsimile: (888) 325-9725

Attorneys for Defendant-Counterclaimant
CONTINUUM ELECTRO-OPTICS, INC.
D/B/A CONTINUUM

- 3 -

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF FILING JOINT CLAIM CONSTRUCTION CHARTS was filed electronically on April 3, 2009.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Benjamen E. Kern
Benjamen E. Kern
Trial Attorney for Plaintiff
LSP TECHNOLOGIES, INC.
